161 A.3d 784

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John M. MACARTHUR, Petitioner**

**No. 267 WAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.